```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

**GREGORY D. PHILLIPS**                                                   **PLAINTIFF**

**v.**                        **Civil No. 07-5117**

**JAILER REEVES, SHERIFF FERGUSON,**
**JAILER MONROE and CAPTAIN PETRAY**                              **DEFENDANTS**

## O R D E R

Now on this 4th day of June, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #28, filed April 25, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment is hereby **granted and this matter is dismissed with prejudice.**

**IT IS SO ORDERED.**

                                         **/s/Jimm Larry Hendren**
                                         **HON. JIMM LARRY HENDREN**
                                         **UNITED STATES DISTRICT JUDGE**